UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO REYES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. SINGH, et al.,<br><br>　　　　Defendants. | 1:11-cv-00362-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 14.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS NYENKE AND MARTINEZ ON PLAINTIFF'S MEDICAL CLAIMS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

　　　Benito Reyes ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's original Complaint filed on March 3, 2011. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On April 29, 2013, the Court entered Findings and Recommendations, recommending that this action proceed only against defendants Nyenke and Martinez on Plaintiff's medical claims, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (Doc. 14.) Plaintiff was provided an opportunity to file objections to the Findings and Recommendations within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

### III. CONCLUSION

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 29, 2013, are ADOPTED in full;
2. This action now proceeds on Plaintiff's original Complaint, filed on March 3, 2011, against defendants Dr. Chinyere Nyenke and Nurse Rose Martinez (LVN), on Plaintiff's medical claims;
3. All remaining claims and defendants are DISMISSED from this action;
4. Defendant LVN J. Singh is DISMISSED from this action based on Plaintiff's failure to state any claims upon which relief may be granted against him; and
5. The Clerk is DIRECTED to reflect the dismissal of defendant Singh on the Court's docket.

IT IS SO ORDERED.

Dated:   **June 13, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE